## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD., a Korean corporation, SEOUL VIOSYS CO., LTD., a Korean corporation, <br><br> Plaintiffs, <br><br> v. <br><br> Ace Hardware Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:21-cv-00912

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiff Seoul Semiconductor Co., Ltd. ("Seoul Semiconductor") and Seoul Viosys Co., Ltd. ("Seoul Viosys"), (collectively "Plaintiffs") for their Complaint against Defendant Ace Hardware Corporation ("Ace Hardware"), allege as follows:

## INTRODUCTION

1.      Plaintiffs bring this patent infringement action to protect their valuable patented technology relating to light emitting diode ("LED") and LED lighting. An LED is a semiconductor device that converts electrical energy into light. LEDs have many advantages over conventional light sources, including lower energy consumption, longer lifetime, and smaller size.

2.      Seoul Semiconductor was founded in 1992 with around 30 employees in a small space of a commercial building in Bongchen-dong, Seoul. From those 30 employees, Seoul Semiconductor has grown into one of the largest manufacturers of LEDs in the world. Seoul Viosys is also a leading company in the LED industry and an affiliate company of Seoul Semiconductor.

3.      Seoul Semiconductor's success is in large part due to its significant investment in

innovation and respect for intellectual property. Seoul Semiconductor has invested in research and development ("R&D") for the last two decades. Seoul Semiconductor invests over 10% of sales revenue into R&D and owns one of the largest LED patent portfolios in the world, which includes more than 10,000 patents worldwide.

## THE PARTIES

4.      Plaintiff Seoul Semiconductor is a company organized and existing under the laws of the Republic of Korea, with its principal place of business at 1B-25, 727, Wonsi-dong, Danwon-gu, Ansan-city, Gyeonggi-do, Korea 425-851.

5.      Plaintiff Seoul Viosys is a company organized and existing under the laws of the Republic of Korea, with its principal place of business at 65-16, Sandan-ro 163 beon-gil, Danwon-gu, Ansan-city, Gyeonggi-do, Korea 425-851.

6.      Upon information and belief, Defendant Ace Hardware is a corporation organized and existing under the laws of Delaware that maintains an established place of business at 1115 Dildy Dr, Elgin, TX 78621-3210.

7.      Upon information and belief, Defendant Ace Hardware has offices in this Judicial District where it regularly sells, develops, and/or markets its products, including at the office in Elgin.

8.      Ace Hardware sells FEIT OM40/930CA10K/4 LED bulb. An image of the FEIT OM40/930CA10K/4 LED bulb is provided below.



9.      Ace Hardware sells FEIT BPST19/LED(K) LED bulb. An image of the FEIT BPST19/LED(K) LED bulb is provided below.



10.     Ace Hardware sells ACE A45085010KLED4/ACE LED bulb. An image of the ACE A45085010KLED4/ACE LED bulb is provided below.



11.     Ace Hardware sells GLOBE 91497 LED lighting device. An image of the GLOBE

91497 LED lighting device is provided below.



12.     Ace Hardware sells FEIT BPG1640/927CA/FIL/2 LED bulb. An image of the FEIT

BPG1640/927CA/FIL/2 LED bulb is provided below.



13.     Ace Hardware sells FEIT G3060/RGBW/FIL/AG LED bulb. An image of the FEIT

G3060/RGBW/FIL/AG LED bulb is provided below.



14.    Ace Hardware sells FEIT 72018 LED bulb. An image of the FEIT 72018 LED bulb is provided below.



15.    Ace Hardware sells FEIT UVC/WAND6WLED18 device. An image of the FEIT UVC/WAND6WLED18 device is provided below.



## JURISDICTION AND VENUE

16.     This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

17.     Upon information and belief, jurisdiction and venue for this action are proper in this Judicial District.

18.     This Court has general and/or specific personal jurisdiction over Defendant at least because they (i) have a regular and established place of business in the State of Texas and this Judicial District; (ii) have purposefully availed themselves of the rights and benefits of the laws of the State of Texas and this Judicial District; (iii) have done and are doing substantial business in the State of Texas and this Judicial District, directly or through intermediaries, both generally and, on information and belief, with respect to the allegations in this Complaint, including their one or more acts of infringement in the State of Texas and this Judicial District, and including testing, demonstrating, selling, offering for sale, and/or importing products alleged to be infringing in this Complaint in the State of Texas and this Judicial District, and including selling, offering to sell, using, or importing into the State of Texas and this Judicial District products made by processes alleged to be infringing in this Complaint; (iv) maintain continuous and systematic contacts in the State of Texas and this Judicial District; (v) and/or place products and services alleged to be infringing in this Complaint, and/or made by processes alleged to be infringing in this Complaint, in the stream of commerce with awareness that those products are made, imported, sold, offered for sale, and/or used in the State of Texas and this Judicial District. Defendant have established sufficient minimum contacts with the State of Texas and this Judicial District such that they should reasonably and fairly anticipate being brought into court in the State of Texas and this Judicial District without offending traditional notions of fair play and substantial justice; and Defendant have purposefully directed activities at residents of the State of Texas and this Judicial District.

Moreover, at least a portion of the patent infringement claims alleged herein arise out of or are related to one or more of the foregoing activities. On information and belief, a substantial part of the events giving rise to Plaintiffs' claims, including acts of patent infringement, have occurred in the State of Texas and this Judicial District.

19.     Venue is proper in this Judicial District as to Defendant Ace Hardware under 28 U.S.C. § 1400(b) at least because, upon information and belief, they have committed acts of infringement and have a regular and established place of business in this Judicial District.

**PATENTS-IN-SUIT**

20.     Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 8,314,440 entitled "Light emitting diode chip and method of fabricating the same" ("the '440 patent"), including the right to sue and to recover for infringement thereof. The '440 patent was duly and legally issued on November 20, 2012, by the United States Patent and Trademark Office to Heo *et al*. A copy of the '440 patent is attached hereto as Exhibit A.

21.     Seoul Viosys is the lawful owner of all right, title, and interest in United States Patent No. 9,627,435 entitled "Light emitting device" ("the '435 patent"), including the right to sue and to recover for infringement thereof. The '435 patent was duly and legally issued on April 18, 2017, by the United States Patent and Trademark Office to Lee *et al*. A copy of the '435 patent is attached hereto as Exhibit B.

22.     Seoul Viosys is the lawful owner of all right, title, and interest in United States Patent No. 9,093,627 entitled "Light emitting diode and method of fabricating the same" ("the '627 patent"), including the right to sue and to recover for infringement thereof. The '627 patent was duly and legally issued on July 28, 2015, by the United States Patent and Trademark Office to Lee *et al*. A copy of the '627 patent is attached hereto as Exhibit C.

23.    Seoul Viosys is the lawful owner of all right, title, and interest in United States Patent No. 7,572,653 entitled "Method of fabricating light emitting diode" ("the '653 patent"), including the right to sue and to recover for infringement thereof. The '653 patent was duly and legally issued on August 11, 2009, by the United States Patent and Trademark Office to Kim *et al*. A copy of the '653 patent is attached hereto as Exhibit D.

24.    Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 7,667,225 entitled "Light emitting device" ("the '225 patent"), including the right to sue and to recover for infringement thereof. The '225 patent was duly and legally issued on February 23, 2010, by the United States Patent and Trademark Office to Lee *et al*. A copy of the '225 patent is attached hereto as Exhibit E.

25.    Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 9,269,868 entitled "Semiconductor light emitting element and method for manufacturing semiconductor light emitting element" ("the '868 patent"), including the right to sue and to recover for infringement thereof. The '868 patent was duly and legally issued on February 23, 2016, by the United States Patent and Trademark Office to Kushibe *et al*. A copy of the '868 patent is attached hereto as Exhibit F.

26.    Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 8,604,496 entitled "Optical semiconductor device" ("the '496 patent"), including the right to sue and to recover for infringement thereof. The '496 patent was duly and legally issued on December 10, 2013, by the United States Patent and Trademark Office to Shioda *et al*. A copy of the '496 patent is attached hereto as Exhibit G.

27.    Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 8,659,050 entitled "Slim LED package" ("the '050 patent"), including the right

to sue and to recover for infringement thereof. The '050 patent was duly and legally issued on February 25, 2014, by the United States Patent and Trademark Office to Seo *et al*. A copy of the '050 patent is attached hereto as Exhibit H.

28.    Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 9,147,821 entitled "Light emitting device" ("the '821 patent"), including the right to sue and to recover for infringement thereof. The '821 patent was duly and legally issued on September 29, 2015, by the United States Patent and Trademark Office to Seo *et al*. A copy of the '821 patent is attached hereto as Exhibit I.

29.    Seoul Viosys is the lawful owner of all right, title, and interest in United States Patent No. 8,872,419 entitled "Light emitting device" ("the '419 patent"), including the right to sue and to recover for infringement thereof. The '419 patent was duly and legally issued on October 28, 2014, by the United States Patent and Trademark Office to Kim *et al*. A copy of the '419 patent is attached hereto as Exhibit J.

30.    Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 10,916,684 entitled "Light emitting device including RGB light emitting diodes and phosphor" ("the '684 patent"), including the right to sue and to recover for infringement thereof. The '684 patent was duly and legally issued on February 9, 2021, by the United States Patent and Trademark Office to Lee *et al*. A copy of the '684 patent is attached hereto as Exhibit K.

31.    Seoul Viosys is the lawful owner of all right, title, and interest in United States Patent No. 9,041,032 entitled "Light emitting diode having strain-enhanced well layer" ("the '032 patent"), including the right to sue and to recover for infringement thereof. The '032 patent was duly and legally issued on May 26, 2015, by the United States Patent and Trademark Office to Choi *et al*. A copy of the '032 patent is attached hereto as Exhibit L.

32.     Seoul Viosys is the lawful owner of all right, title, and interest in United States Patent No. 10,573,785 entitled "Light emitting diode, method of fabricating the same and LED module having the same" ("the '785 patent"), including the right to sue and to recover for infringement thereof. The '785 patent was duly and legally issued on February 25, 2020, by the United States Patent and Trademark Office to Chae *et al*. A copy of the '785 patent is attached hereto as Exhibit M.

33.     Seoul Viosys is the lawful owner of all right, title, and interest in United States Patent No. 8,716,946 entitled "Light emitting device for AC power operation" ("the '946 patent"), including the right to sue and to recover for infringement thereof. The '946 patent was duly and legally issued on May 6, 2014, by the United States Patent and Trademark Office to Lee *et al*. A copy of the '946 patent is attached hereto as Exhibit N.

34.     Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 9,022,618 entitled "Aspherical LED lens and light emitting device including the same" ("the '618 patent"), including the right to sue and to recover for infringement thereof. The '618 patent was duly and legally issued on May 5, 2015, by the United States Patent and Trademark Office to Park *et al*. A copy of the '618 patent is attached hereto as Exhibit O.

35.     Seoul Semiconductor is the lawful owner of all right, title, and interest in United States Patent No. 7,901,113 entitled "Side illumination lens and luminescent device using the same" ("the '113 patent"), including the right to sue and to recover for infringement thereof. The '113 patent was duly and legally issued on March 8, 2011, by the United States Patent and Trademark Office to Kim *et al*. A copy of the '113 patent is attached hereto as Exhibit P.

**WILLFULNESS**

36.     On April 5, 2019, Seoul Semiconductor and Seoul Viosys ("the Seoul Plaintiffs")

sent a notice letter to Ace Hardware that it was manufacturing, offering and/or selling products, including a non-dimmable LED bulb # A45085010KLED4/ACE, that were infringing their patents, including, but not limited to, the '627 patent. The Seoul Plaintiffs asked that Ace Hardware review Seoul's LED related patents to avoid any continuing infringement and respect Seoul's patent rights.

37.     On June 5, 2019, the Seoul Plaintiffs sent another letter to Ace Hardware's counsel asking that Ace Hardware stop selling products that infringe their patents. There was no response to the request that Ace Hardware stop selling infringing products.

38.     On December 2, 2019, the Seoul Plaintiffs sent another letter, again requesting that Ace Hardware cease and desist selling the infringing product that had been identified. The Seoul Plaintiffs did not receive any response.

39.     On February 10, 2020, the Seoul Plaintiffs sent another letter following up yet again. They repeated their concerns that products being sold by Ace Hardware, including the bulb previously identified, infringed their patents. Again, there was no response.

40.     On May 4, June 18, July 21, and September 2, 2020, the Seoul Plaintiffs sent additional notice-of-infringement letters. Ace Hardware did not respond to any of those letters.

41.     On November 30, 2020, the Seoul Plaintiffs sent another notice-of-infringement letter. At this time, not only was Ace Hardware continuing to sell the product identified of infringement, but the Seoul Plaintiffs had investigated and discovered additional products being sold by Ace Hardware that were infringing their patents. Notice as to these additional products– three different Globe bulbs and a Westinghouse bulb – was provided based on the '653 patent and the '050 patent. The Seoul Plaintiffs wrote to Ace Hardware that patent infringement is a very serious matter and, again, requested that Ace Hardware stop offering and selling products that infringe their patents. There was no response to this letter.

42.     On February 1, 2021, the Seoul Plaintiffs sent another notice of infringement letter. They noted that they had never received any substantive response from Ace Hardware and that continuing to sell products that infringe its patents could constitute willful infringement and subject Ace Hardware to treble damages in a patent litigation.  They asked yet again that Ace Hardware cease and desist selling infringing products.

43.     On March 10, 2021, the Seoul Plaintiffs sent another letter to Ace Hardware's counsel regarding its numerous prior notices of infringement.  Ace Hardware's counsel responded, but there was no commitment to investigate the patents or accused products, no mention of any analysis of infringement of validity, and no agreement to stop selling infringing products.

44.     On April 20, 2021, the Seoul Plaintiffs sent another letter pointing out that they still had not received any substantive response from Ace Hardware.  They pointed out that it is Ace Hardware's responsibility to ensure that its products do not infringe the patent rights of others and that continued sale of products that infringe their patents could constitute willful infringement.  No response was received.

45.     On June 2, 2021, the Seoul Plaintiffs sent another letter reminding Ace Hardware of the notices of infringement being sold through Ace Hardware.  They again asked that Ace Hardware stop selling infringing products.  They received no response.

46.     On August 31, 2021, the Seoul Plaintiffs sent another letter, asking again that Ace Hardware respect their patents and stop selling products that infringe.  They asked that Ace Hardware "please cease and desist selling products that infringe Seoul's patents" and noted that it believed Ace's infringement to be willful at this point.  They did not receive any response.

47.     On September 16, 2021, the Seoul Plaintiffs sent one final letter summarizing its numerous notices of infringement to Ace Hardware and requesting one final time that Ace

Hardware stop selling infringing products.

48.    Despite this letter and the numerous other warning letters, on information and belief, Ace Hardware is continuing to offer and sell the accused products described below.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 8,314,440

## EXEMPLARY CLAIM 1

49.    Ace Hardware has infringed and continues to infringe one or more claims of the '440 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT OM40/930CA10K/4 LED bulb within the United States or importing the FEIT OM40/930CA10K/4 LED bulb into the United States.

50.    The FEIT OM40/930CA10K/4 LED bulb include an LED package comprising a light emitting diode (LED) chip. The images of a package from the FEIT OM40/930CA10K/4 LED bulb are reproduced below. The image below left shows the package after removal from the FEIT OM40/930CA10K/4 LED bulb. The image below right shows the package after removal of the resin encapsulant.

 

51.    Below is a scanning electron microscope image of the side surface of a hole created using a focused ion beam in the LED chip from the FEIT OM40/930CA10K/4 LED bulb. The image shows the epitaxial structure formed above a patterned sapphire substrate. The epitaxial

structure comprises a light-emitting structure including from bottom to top, a second conductivity type (n-type) semiconductor layer, an active layer, and a first conductivity type (p-type) semiconductor layer.



52.    The scanning electron microscope images below show an alternately laminated bottom structure located on the bottom of the substrate. As shown in the below images, the alternately laminated bottom structure comprises dielectric pairs comprising relatively thick first material layers of SiO2 and relatively thin second material layers of TiO2.  The dielectric pairs comprises a first dielectric pairs comprising the first material layer and the second material layer each having an optical thickness less than λ/4 (λ is the center of the visible spectrum), a second dielectric pair comprising the first material layer and the second material layers, one of the first material layer and the second material layer having an optical thickness less than λ/4 and the other having an optical thickness greater than λ/4, and the third dielectric pairs comprising the first material layer and the second material layer, each of the first material layer and the second material layer having an optical thickness greater than λ/4. The first dielectric pairs are located farther from the substrate than the third dielectric pairs.




53.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

54.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT II

## INFRINGEMENT OF U.S. PATENT NO. 9,627,435

## EXEMPLARY CLAIM 1

55.    Ace Hardware has infringed and continues to infringe one or more claims of the '435 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the ACE A45085010KLED4/ACE LED bulb within the United States or importing the ACE A45085010KLED4/ACE LED bulb into the United States.

56.    The ACE A45085010KLED4/ACE LED bulb includes an LED package comprising a light emitting diode ("LED") chip that comprises light emitting cells. A scanning electron

microscope image of the LED chip from the ACE A45085010KLED4/ACE LED bulb is reproduced below.



57.     Below is a scanning electron microscope image of a pair of holes milled into the LED chip using a focused ion beam



58.     Below are images created from scanning electron microscope images of the milled holes.



59.    The bottom of the image reproduced above shows a patterned substrate. Above the substrate are cross sectional views of portions of two of the light emitting cells.

60.    Both of the light emitting cells include first and second semiconductor layers with an active layer disposed between them. The upper semiconductor layer comprises a p-type layer and the lower semiconductor layer comprises an n-type layer.

61.    In addition, the light emitting cell on the right side of the image includes a continuous inclined surface having a slope between 20° and 80° from a horizontal plane of the substrate.

62.    The light emitting cell on the right includes at least two conductive materials, including a metallic conductor and a transparent layer of indium tin oxide (ITO). At least one of those conductive materials is disposed on the upper p-type semiconductor layer of the cell on the right. And at least the other of those conductive materials electrically connects the light emitting cells.

63.    Below is a scanning electron microscope image of the milled hole in the light emitting cell on the left side of the image above. In this image, the ITO layer is shown as a relatively thin and bright line above the upper p-type semiconductor layer. The ITO layer extends horizontally from the left edge of the image. In this image, the metallic conductor is shown as including a relatively thick and bright layer above the upper p-type semiconductor that extends from the left

side of the image to the right side of the image.



64.     The cell on the left in the cross-sectional image above also includes at least two insulation layers. For example, portions of a pair of light-transmitting silicon dioxide (SiO2) layers are shown as relatively dark layers in the cross-sectional image. At least one of the SiO2 layers overlaps one of the conductive materials and both light emitting cells. And at least the other of the SiO2 layers overlaps the other of the conductive materials.

65.     Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

66.     Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT III**

**INFRINGEMENT OF U.S. PATENT NO. 9,093,627**

<u>**EXEMPLARY CLAIM 1**</u>

67.     Ace Hardware has infringed and continues to infringe one or more claims of the '627 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT OM40/930CA10K/4 LED

bulb within the United States or importing the FEIT OM40/930CA10K/4 LED bulb into the United States.

68.    The FEIT OM40/930CA10K/4 LED bulb includes an LED package comprising a light emitting diode ("LED") chip that comprises light emitting cells. A scanning electron microscope image of the LED chip from the FEIT OM40/930CA10K/4 LED bulb is reproduced below.



69.    Below is a scanning electron microscope image of a pair of holes milled into the LED chip using a focused ion beam



70.    Below are images created from scanning electron microscope images of the milled holes.



71.    The bottom of the image reproduced above shows a patterned substrate. Above the substrate are cross sectional views of portions of two light emitting cells. The two light emitting cells are spaced apart from each other.

72.    Disposed on the far-right side of the light emitting cell on the right side of the above images is an electrode comprised of ITO that provides an electrical connection to the underlying light emitting cell.

73.    Below is a scanning electron microscope image of the milled hole in the light emitting cell on the right side above. In this image, the ITO layer is shown as a relatively thin and bright line extending horizontally from the right edge of the image.



74.    Disposed under the ITO layer and extending horizontally toward the center of the image above is an SiO2 current blocking layer. The current blocking layer is shown as a relatively thick and dark horizontal line in the images above.

75.    Disposed over a portion of both light emitting cells depicted in the images above is a metallic interconnection, which electrically connects the two light emitting cells. The interconnection is shown in the images above as including a relatively thick and bright layer that extends from the left edge to the right edge of the images.

76.    Disposed under the interconnection along the sloped side surface of the light emitting cell toward the right side of the image above is an SiO2 insulation layer. The insulation layer is shown in the image above as a relatively dark line between the interconnection and the sloped side surface of the light emitting cell.

77.    As can be seen in the images above, the insulation layer, which conforms to the sloped side surface of the light emitting cell, is connected to the insulative current blocking layer, which extends horizontally toward the right side of the image above.

78.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

79.    Upon information and belief, Ace Hardware's infringement has occurred with knowledge of the '627 patent and knowledge that its acts constitute infringement. Ace Hardware's continuing conduct, therefore, is willful.

80.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT IV**

**INFRINGEMENT OF U.S. PATENT NO. 7,684,653**

**EXEMPLARY CLAIM 1**

81.    Ace Hardware has infringed and continues to infringe at least exemplary claim 1 by

offering for sale, selling, using, and/or importing products within or into the United States, including at least ACE A45085010KLED4/ACE LED bulb, made by a process that infringes, either literally or under the doctrine of equivalents, one or more claims of the '653 patent in violation of 35 U.S.C. § 271(g).

82.    The ACE A45085010KLED4/ACE LED bulb includes an LED package comprising a light emitting diode ("LED") chip. The images of the LED package from the ACE A45085010KLED4/ACE LED bulb are reproduced below. The image below left shows the package after removal from the ACE A45085010KLED4/ACE LED bulb. The image below middle shows the package after removal of the resin encapsulant. The image below right shows the LED chip after removal from the package.

  

83.    Upon information and belief, the LED chip is formed by practicing a method of fabricating a light emitting diode. The resulting light emitting diode is shown in the scanning electron optical microscope image reproduced below.



22

84.    Upon information and belief, the method of fabricating a light emitting diode comprises a step of preparing a patterned substrate. The prepared substrate as it exists in the final product is shown in the scanning electron optical microscope image reproduced below.



85.    Upon information and belief, the method of fabricating a light emitting diode further comprises the step of forming a lower semiconductor layer, an active layer, and an upper semiconductor layer on the substrate. The resulting layers are shown in the scanning electron optical microscope image reproduced below.



86.    Upon information and belief, the method of fabricating a light emitting diode further comprises the step of forming an etching stop pattern on a portion of the semiconductor layer, forming a photoresist pattern over the upper semiconductor layer and the etching stop pattern such that a sidewall of the photoresist pattern is inclined to an upper surface of the substrate, sequentially etching the upper semiconductor layer, active layer and lower semiconductor layer using the

photoresist pattern as an etching mask, and removing the photoresist pattern and the etching stop pattern.

87.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

88.    Upon information and belief, Ace Hardware's infringement has occurred with knowledge of the '653 patent and knowledge that its acts constitute infringement. Ace Hardware's continuing conduct, therefore, is willful.

89.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT V

## INFRINGEMENT OF U.S. PATENT NO. 7,667,225

## EXEMPLARY CLAIM 1

90.    Ace Hardware has infringed and continues to infringe one or more claims of the '225 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT BPST19/LED(K) LED bulb within the United States or importing the FEIT BPST19/LED(K) LED bulb into the United States.

91.    The FEIT BPST19/LED(K) LED bulb includes a plurality of LED chips. An optical image of an LED chip from the FEIT BPST19/LED(K) LED bulb is reproduced below.



92.    Below are three transmission electron microscope images of the epitaxial structure of the LED chip. The image to the left shows the entire epitaxial structure above a patterned sapphire substrate. The image below middle enlarges the region of the epitaxial structure around the multi-quantum well active layer. The image below right enlarges the multi-quantum well. The LED chip includes from bottom to top in relevant part a substrate, an n-type semiconductor layer, a multi-quantum well structure, and a p-type semiconductor layer. The multi-quantum well structure comprises brightly colored wells separated by darker barriers.



93.    The well layers within the multi-quantum well include indium. In addition, the concentration of indium varies across the layer, with areas of relatively high indium concentration transitioning to areas of lower indium concentration. The regions of relatively higher indium concentration correspond to carrier trap portions. And the transition from relatively lower to relatively higher indium concentration corresponds to a related drop in the band-gap energy.

94.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury

unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

95.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT VI

## INFRINGEMENT OF U.S. PATENT NO. 9,269,868

## EXEMPLARY CLAIM 1

96.    Ace Hardware has infringed and continues to infringe one or more claims of the '868 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the GLOBE 91497 LED lighting device within the United States or importing the GLOBE 91497 LED lighting device into the United States.

97.    The GLOBE 91497 LED lighting device includes a semiconductor light emitting element. An optical image of an example light emitting element is reproduced below.



98.    Three transmission electron microscope images of the light emitting element are reproduced below. The image below left shows the full epitaxial structure above a patterned sapphire substrate. The center image indicates a plurality of layers including from bottom to top an n-type semiconductor layer, a light emitting unit, and a p-type semiconductor layer. The image below right focusses in on the p-type semiconductor layer. As the image shows, a number of layers as described above located below the p-type semiconductor layer, with the relative brightness of

each layer correlating with the dopant concentration. From bottom to top, the layers include a first layer, a second layer, and a third layer, each of which has different levels of the Magnesium doping, the first layer with relatively low Magnesium doping, the second layer with relatively high Magnesium doping, and the third layer with relatively intermediate Magnesium doping.



99.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

100.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT VII**

**INFRINGEMENT OF U.S. PATENT NO. 8,604,496**

**<u>EXEMPLARY CLAIM 1</u>**

101.    Ace Hardware has infringed and continues to infringe one or more claims of the '496 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT BPST19/LED(K) LED bulb within the United States or importing the FEIT BPST19/LED(K) LED bulb into the United States.

102.    The FEIT BPST19/LED(K) LED bulb includes a plurality of LED chips. An optical

image of an LED chip from the FEIT BPST19/LED(K) LED bulb is reproduced below.



103.    The images below are two transmission electron microscope images created from a thin section taken from the LED chip. The image below left shows a substrate toward the bottom of the image. The image below right is a higher resolution image focused on the light emitting layer formed above the substrate.



104.    The layer structure in the image above right includes, in relevant part from bottom to top, an n-type semiconductor layer, a functional part, and a p-type semiconductor layer.

105.    The image below is a transmission electron microscope image focused on the functional part, which includes a plurality of active layers stacked in a direction from the lower n-type semiconductor layer toward the upper p-type semiconductor layer.



106.    The above depicted functional part includes multiple active layers that include a multilayer stacked body including a plurality of thick film layers and a plurality of thin film layers alternately stacked in the direction. The thin film layers appear as relatively bright and thin layers (wells) separated by relatively thick dimmer layers (barriers). A multilayer stacked body can include, for example, a pair of wells and three surrounding barrier layers.

107.    Within the overall structure, the active layer includes an n-side barrier layer provided between the multilayer stacked body and the p-type semiconductor layer, a well layer; and a p-side barrier layer provided between the well layer and the p-type semiconductor layer. With that arrangement, the well layer is provided between the n-side barrier layer and the p-side barrier layer.

108.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

109.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT VIII**

**INFRINGEMENT OF U.S. PATENT NO. 8,659,050**

**EXEMPLARY CLAIM 1**

110.    Ace Hardware has infringed and continues to infringe one or more claims of the '050 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the GLOBE 91497 LED lighting device within the United States or importing the GLOBE 91497 LED lighting device into the United States.

111.    The GLOBE 91497 LED lighting device includes a plurality of LED packages. Optical microscope images of an LED package from the GLOBE 91497 LED lighting device are reproduced below before and after removal of an encapsulant.

 

112.    The image below left is an optical microscope image of a cross-section through an LED package from the GLOBE 91497 LED lighting device.

 

113.    The above cross-sectional image also shows first (right) and second (left) lead

30

frames that are spaced apart from each other. The cross-sectional also shows that at least part of the surfaces of the first and second lead frames are covered by a yellow resin, In addition, the rectangular outline of an LED chip is shown disposed on upper surface of the first lead frame in both images above. An electrical connection between the LED and the second (left) lead frame is visible in the image above right.

114.    The above cross-sectional also shows that both lead frames include a groove formed thereon, the resin is formed in the groove; and the groove comprises a plurality of sub-grooves, each sub-groove having a triangular cross-section.

115.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

116.    Upon information and belief, Ace Hardware's infringement has occurred with knowledge of the '050 patent and knowledge that its acts constitute infringement. Ace Hardware's continuing conduct, therefore, is willful.

117.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT IX

## INFRINGEMENT OF U.S. PATENT NO. 9,147,821

## EXEMPLARY CLAIM 1

118.    Ace Hardware has infringed and continues to infringe one or more claims of the '821 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the ACE A45085010KLED4/ACE LED bulb within the United States or importing the ACE A45085010KLED4/ACE LED bulb into

the United States.

119.    The ACE A45085010KLED4/ACE LED bulb includes a plurality of LED packages. Optical microscope images of an LED package from the ACE A45085010KLED4/ACE LED bulb are reproduced below before and after removal of an encapsulant.

 

120.    The top image below is an optical microscope image of a cross-section through an LED package from an ACE A45085010KLED4/ACE LED bulb. The bottom image below is an x-ray through the package.





121.    As the above images show, the LED package contains two lead frames spaced apart from each other. The optical microscope image show that each lead frames has an upper portion and a lower portion. Two LED chips are disposed on the upper portion of the right lead frame in the optical image.

122.    The cross-section image above depicts the cross-sectional shape of the sidewalls of both lead frames at the sides that face each other in the horizontal direction. In addition, the upper portion of the left and right lead frames extend further into the space between the lead frames than the lower portion of the left and right lead frames. That the upper portions extend further into the space than the lower portions indicates the upper and lower portions have different planar shapes from each other. This same feature is also depicted in the x-ray image above. In particular, both leads are shown with relatively dark central portions and relatively light outer portions. The differences in brightness correlate to the thickness of the metal at those locations. The relatively light outer portions have different planar shapes than the relatively dark central portions.

123.    As discussed above, since the upper portions extends further into the space than the lower portions, the sidewalls of both lead frames comprise an inset sidewall partially defining an outer fixing space. And also a planar area of the outer fixing space disposed between the second portions is smaller than a planar area of the outer fixing space disposed between the first portions.

124.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

125.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT X**

**INFRINGEMENT OF U.S. PATENT NO. 8,872,419**

<u>**EXEMPLARY CLAIM 1**</u>

126.    Ace Hardware has infringed and continues to infringe one or more claims of the '419

patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by

without authority making, using, offering to sell and/or selling the FEIT G3060/RGBW/FIL/AG

LED bulb within the United States or importing the FEIT G3060/RGBW/FIL/AG LED bulb into

the United States.

127.    The FEIT G3060/RGBW/FIL/AG LED is an LED-based bulb. The images below

provide two views of a flexible filament after removal from a FEIT G3060/RGBW/FIL/AG LED

bulb. The first view shows a portion of the filament viewed from above (*i.e.*, plan view) and the

second image shows a cross section through the filament.

 

128.    As shown in the images above, the filament includes at least one first light emitting

element comprising at least one light emitting chip and yellow phosphor disposed on an upper

portion of the light emitting chip. The light emitting chips appear as bright dots in the plan view

and as short bright lines in the cross-sectional view. Yellow phosphor is provided in at least the

sections appearing as yellow and orange in the image above. The first light emitting element is

configured to emit light of a first wavelength. The filament also includes at least one second light

emitting element that is adjacent to the first light emitting element. The at least one second light emitting element is configured to emit light of a second wavelength. The light emitting elements are connected in parallel.

129.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

130.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284

## COUNT XI

## INFRINGEMENT OF U.S. PATENT NO. 10,916,684

## EXEMPLARY CLAIM 1

131.    Ace Hardware has infringed and continues to infringe one or more claims of the '684 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT G3060/RGBW/FIL/AG LED bulb within the United States or importing the FEIT G3060/RGBW/FIL/AG LED bulb into the United States.

132.    The FEIT G3060/RGBW/FIL/AG LED is an LED-based bulb. The images below provide two views of a flexible filament after removal from a FEIT G3060/RGBW/FIL/AG LED bulb. The first view shows a portion of the filament viewed from above (*i.e.*, plan view) and the second image shows a cross section through the filament.

35





133.    The flexible filament includes a plurality of light emitting diodes. The light emitting diodes appear as bright dots in the plan view and as short bright lines in the cross-sectional view. A measurement of the light output from the light emitting diodes indicates that they produce at least two different peak emission wavelengths, with one peak occurring at 445 nm and another peak occurring at 447 nm.

134.    The above images show the light emitting diodes encapsulated by a molded part that includes at least one wavelength converter that converts the primary light output by the light emitting diodes into secondary light. The wavelength converter comprises a mixture of at least three different phosphors each having a peak emission wavelength. At least two of the phosphors have different peak emission wavelengths in at least one color range.

135.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

136.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C.

§§ 271, 281, 283, and 284.

**COUNT XII**

**INFRINGEMENT OF U.S. PATENT NO. 9,041,032**

<u>**EXEMPLARY CLAIM 19**</u>

137.    Ace Hardware has infringed and continues to infringe one or more claims of the '032

patent, including but not limited to exemplary claim 19, pursuant to 35 U.S.C. § 271(a), at least by

without authority making, using, offering to sell and/or selling the FEIT UVC/WAND6WLED18

device within the United States or importing the FEIT UVC/WAND6WLED18 device into the

United States.

138.    The FEIT UVC/WAND6WLED18 device includes a plurality of light emitting

diodes. An optical image of the light emitting diodes from a FEIT UVC/WAND6WLED18 device

is reproduced below.



139.    The images below are transmission electron microscope images created from a slice

of an example light emitting diode removed from the FEIT UVC/WAND6WLED18 device. The

image below left includes the entire epitaxial structure above the substrate. The image below center

enlarges the region above and below the active layer. The region below the active layer is a first-

type contact layer, the region above the active layer is a second-type contact layer. The image below

right enlarges the active layer, showing relatively thin and bright well layers separated by relatively

thick and dark barrier layers.



140.    Upon information and belief, the device includes a strain-enhancing layer disposed in a barrier layer and comprising quantum dots. The strain-enhancing layer is configured to increase a compressive strain applied to the well layer and comprising a lattice constant lower than a lattice constant of the barrier layer. More specifically, the barrier layers include regions of high aluminum concentration that comprise quantum dots . The quantum dots have a lower lattice constant than regions with relatively lower aluminum concentration, and therefore apply compressive strain to the well layer.

141.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

142.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT XIII

## INFRINGEMENT OF U.S. PATENT NO. 10,573,785

## EXEMPLARY CLAIM 1

143.    Ace Hardware has infringed and continues to infringe one or more claims of the '785 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by

without authority making, using, offering to sell and/or selling the FEIT UVC/WAND6WLED18 device within the United States or importing the FEIT UVC/WAND6WLED18 device into the United States.

144.    The FEIT UVC/WAND6WLED18 device includes a light emitting device. The image top left below depicts the packaging of the FEIT UVC/WAND6WLED18 device. The image below right is the FEIT UVC/WAND6WLED18 device after being removed from its packaging. The image below center is of a light emitting device that was removed from the FEIT UVC/WAND6WLED18 device.



145.    The image below left is a scanning electron microscope ("SEM") image of the back side of a light emitting device after being removed from the FEIT UVC/WAND6WLED18 device, with the substrate opposite from the imaging surface. The image below right is an optical microscope image of the substrate-side of the light emitting device. The portion of the substrate toward the top of the page is considered the first side wall of the substrate and the portion of the substrate toward the bottom of the page is considered the second side wall of the substrate.

 

146.     The images below are SEM images of the back side of the light emitting device after holes were milled using a focused ion beam ("FIB"). The FIB-milling reveals the layer structure of the device.

 

147.     The two left images below are SEM images of the layer structure of the device revealed as the side surface of the FIB-milled hole depicted above left. And the right image below are scanning electron microscope images of the layer structure of the device revealed as the side surface of the FIB-billed hole depicted above right. Toward the bottom of the images is a substrate over which an n-type semiconductor layer is disposed. the left and part of the center image show a mesa that includes a second semiconductor layer and an active layer over the first semiconductor layer.



148.    Returning to the optical microscope image created from the substrate side of the device, which is reproduced again below, portions of the first electrode comprising three first electrode portions can be seen as silver fingers configured like the letter "E" rotated clockwise 90º extending from the first sidewall toward the second sidewall. A portion of the first electrode can also be seen in the bottom left image, above, which depicts the first electrode connected to the first semiconductor layer (*i.e.*, to the top of the mesa).



149.    The above image also shows four second electrode portions. The three first electrode portions are positioned between the four second electrode portions. A portion of a second electrode can also be seen two paragraphs above in the FIB-SIM image on the bottom right, which depicts the second electrode portion above the second semiconductor layer. The four second electrodes meet at a connecting portion and extend toward the first sidewall. In addition, the first electrode portions are arranged along the first direction.

150.    Returning again to the FIB-SEM images, which are again reproduced below, a portion of the first electrode pad can be seen in the right image. The first electrode pad is in electrical contact with an exposed portion of the first semiconductor layer. A portion of the second electrode pad can be seen in the two left images. The second electrode pad is in electrical contact with an exposed portion of the second semiconductor layer. The exposed portions of the first and second semiconductor layers are indicated where an insulator does not exist between the first and second

electrode pads and the first and second semiconductor layers respectively.



151.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

152.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT XIV**

**INFRINGEMENT OF U.S. PATENT NO. 8,716,946**

**<u>EXEMPLARY CLAIM 1</u>**

153.    Ace Hardware has infringed and continues to infringe one or more claims of the '946 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT BPG1640/927CA/FIL/2 LED bulb within the United States or importing the FEIT BPG1640/927CA/FIL/2 LED bulb into the United States.

154.    The FEIT BPG1640/927CA/FIL/2 LED bulb includes a plurality of LED filaments that comprises a series connected array of light emitting cells. Two filaments are visible in the image of a sample bulb reproduced below.



155.    The array is configured to receive an input voltage to cause the cells to emit light.

An x-ray image of the array from a FEIT BPG1640/927CA/FIL/2 LED bulb is provided below.



156.    Below is a scanning electron microscope image created from the milled hole. The

cell includes an inclined side surface.

157.    Two different voltages are relevant to the operation of the S9581 lamp.

158.    As    indicated    by    the    base    of    the    bulb    as    shown    above,    the    FEIT

BPG1640/927CA/FIL/2 LED bulb is a screw-in type receives as input a wall voltage of 120V and 60Hz alternating current electricity. The reference to 60Hz indicates the periodic cycles over which the input voltage changes. During each cycle, the wall voltage includes a peak of approximately 120 volts after which the voltage falls toward zero volts.

159.    Although wall voltage is received as the input to the FEIT BPG1640/927CA/FIL/2 LED bulb, the light emitting cells cannot be properly driven by the 120V/60Hz alternating current. The 120V/60Hz alternating current has a cyclical peak of approximately 120 volts in the forward direction, passes through zero, and then reaches a peak of approximately 120 volts in the reverse direction. The alternating current, therefore, drops below the level necessary to drive the light emitting cells after the peak of 120 volts.

160.    Instead of applying the input voltage to the light emitting cells, elements on a circuit boards within the base of the bulb convert the input to DC-like power to drive the light emitting cells. The DC-like power has a cyclical voltage that varies between approximately 128 volts and 129 volts. The cyclical DC-like power causes the light emitting cells to emit light having a periodically changing luminous intensity that remains non-zero throughout the cycle of the input 120V/60Hz alternating current.

161.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

162.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT XV

## INFRINGEMENT OF U.S. PATENT NO. 9,022,618

## <u>EXEMPLARY CLAIM 1</u>

163.    Ace Hardware has infringed and continues to infringe one or more claims of the '618 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT 72018 LED bulb within the United States or importing the FEIT 72018 LED bulb into the United States.

164.    The FEIT 72018 LED bulb includes a lens. The images of the lens from an FEIT 72018 LED bulb are provided below.

 

165.    The image below left is a side-view of an upper portion of a lens from the FEIT 72018 LED bulb. The portion depicted in the image below left is aspherical and rotationally symmetrical. The lens a cylindrical portion as indicated by the image below right. The bright center of the image below right, which is below the cylindrical portion indicates a light entrance plane configured to receive light emitted from the associated light emitting device. The upper and side surfaces comprise a light exit plane configured to radiate the light received by the light entrance plane.



166.    As the above image shows, the cylindrical portion, which comprise part of the light exit plane, is textured, with protrusions extending above the surface of the lens. The side surface of the lens also includes a curved surface.

167.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

168.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT XVI**

**INFRINGEMENT OF U.S. PATENT NO. 7,901,113**

**EXEMPLARY CLAIM 1**

169.    Ace Hardware has infringed and continues to infringe one or more claims of the '113 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the FEIT 72018 LED bulb within the United States or importing the FEIT 72018 LED bulb into the United States.

170.    The FEIT 72018 LED bulb includes a light emitting device. Images of the light emitting device comprising light emitting diodes and a lens are provided below.

  

171.    Below is an image of a cross-section through a portion of the lens removed from the FEIT 72018 LED bulb. The lens comprises a solid of revolution of the cross-section around the central axis of the lens.



172.    The upper surface of the lens includes a total reflection surface having a total reflection slope with respect to a central axis of the light emitting diode. The side surfaces of the lens include a curved refractive surfaces that extends away from the central axis and beyond a periphery of the total reflection surface of the lens.

173.    Ace Hardware's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

174.    Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C.

§§ 271, 281, 283, and 284.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs Seoul Semiconductor and Seoul Viosys requests that the Court enter judgment for Plaintiffs Seoul Semiconductor and Seoul Viosys and against Defendant Ace Hardware Corporation. as follows:

A.     A judgment that Defendant infringe the '440, '435, '627, '653, '225, '868, '496, '050, '821, '419, '684, '032, '785, '946, '618, and '113 patents;

B.     A preliminary and permanent injunction restraining and enjoining Defendant, their officers, partners, agents, servants, employees, parents, subsidiaries, divisions, affiliate corporations, joint ventures, other related business entities and all other persons acting in concert, participation, or in privity with them, and their successors and assigns, from infringing the '440, '435, '627, '653, '225, '868, '496, '050, '821, '419, '684, '032, '785, '946, '618, and '113 patents;

C.     An award of damages to Plaintiffs Seoul Semiconductor and Seoul Viosys arising from Defendant' past and continuing infringement up until the date Defendant is finally and permanently enjoined from further infringement, including compensatory damages;

D.     A determination that Defendants' infringement one or more of the '440, '435, '627, '653, '225, '868, '496, '050, '821, '419, '684, '032, '785, '946, '618, and '113 patents has been willful, and an award of treble damages to Plaintiffs Seoul Semiconductor and Seoul Viosys pursuant to 35 U.S.C. § 284;

E.     A determination that this is an exceptional case and awarding Plaintiffs Seoul Semiconductor and Seoul Viosys's attorneys' fees pursuant to 35 U.S.C. § 285;

F.     An order awarding Plaintiffs Seoul Semiconductor and Seoul Viosys costs and expenses in this action;

G.    An order awarding Plaintiffs Seoul Semiconductor and Seoul Viosys pre- and post-judgment interest on its damages; and

H.    Such other and further relief in law or in equity as this Court deems just and proper.

## JURY DEMAND

Plaintiffs Seoul Semiconductor and Seoul Viosys respectfully request a jury trial on all issues so triable.

Respectfully submitted,

Dated: October 12, 2021

By: */s/ Steven J. Wingard*
Steven J. Wingard
State Bar No. 00788694
swingard@scottdoug.com
Robby Earle
State Bar No. 24124566
rearle@scottdoug.com
**SCOTT DOUGLASS & MCCONNICO LLP**
303 Colorado St., Suite 2400
Austin, Texas 78701
Tel: 512-495-6300
Fax: 512-474-0731


Michael B. Eisenberg (*pro hac vice* to be filed)
Anna Targowska (*pro hac vice* to be filed)
**STEPTOE & JOHNSON LLP**
1114 Avenue of the Americas, 35th Floor
New York, NY 10036
Tel: 212-506-3931
Fax: 212-506-3950
meisenberg@steptoe.com
atargowska@steptoe.com

***ATTORNEYS FOR PLAINTIFFS***